IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEVERLY SHAND-PISTILLI : CIVIL ACTION
:
v. :
:
PROFESSIONAL ACCOUNT :
SERVICES, INC. : NO. 10-CV-1808

ORDER

AND NOW, this 26th day of July 2010, after consideration of defendant Professional Account Services, Inc.'s motion to dismiss plaintiff Beverly Shand-Pistilli's complaint, her response thereto and defendant's reply, it is hereby ORDERED in accordance with the accompanying memorandum that:

(1) Defendant's motion to dismiss claims pursuant to 15 U.S.C. §§ 1692c(a)(1), 1692d, 1692e, 1692f and that defendant was otherwise deceptive and failed to comply with the provisions of the Fair Debt Collections Practices Act are GRANTED.

(2) Defendant's motion to dismiss claims pursuant to 15 U.S.C. §§ 1692c(b) and 1692d(5) are DENIED.

It is further ORDERED that within fourteen (14) days from the date of this Order, plaintiff may amend her section 1692c(a)(1) complaint.

  ss/ THOMAS N. O'NEILL, JR., J.
THOMAS N. O'NEILL, JR., J.