IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| BEVERLY SHAND-PISTILLI | : | CIVIL ACTION |
| --- | --- | --- |
| | : | NO. 10-01808 |
| v. | : | |
| | : | |
| PROFESSIONAL ACCOUNT SERVICES, INC. | : | |

ORDER

AND NOW, this 16th day of June, 2011, after consideration of defendant's motion for summary judgment, plaintiff's response and defendant's reply, it is ORDERED that defendant's motion is GRANTED and judgment is ENTERED in favor of defendant Professional Account Services, Inc. and against plaintiff Beverly Shand-Pistilli.

After consideration of plaintiff's cross-motion for summary judgment and defendant's response, it is FURTHER ORDERED that plaintiff's motion is DENIED.

After consideration of defendant's motion for attorney's fees and plaintiff's response, it is ORDERED that defendant's motion is DENIED.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.